GLADYS LIEBERMAN v. MAURICE B. LIEBERMAN.— Motion for leave to appeal to the Court of Appeals and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

EUGENIA KNAPP v. GEORGE SALLAWAY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Election of the Directors of THE DUV COMPANY, INC. DAVID J. ROSS and GERTRUDE ROSS. MAX L. GOLDMAN and Another.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and PAUL LUCKE, as Sole Surviving Director of MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Conservator of Its Property, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (May 15, 1942.)

LEON SANDERS, Appellant, v. FAVORABLE REALTY CORP., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE MARINE MIDLAND TRUST COMPANY OF NEW YORK, as Successor Trustee under Indenture of Mortgage Dated as of November 1, 1929, etc., Respondent, v. ERNEST ISELIN, JR., and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SOUTHERN CONVERTING COMPANY, Respondent, v. RICHARD NATHAN CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MATTHEW CUSHING and Others, Appellants, v. DAVID V. CUSHING and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JARVIS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the authority of *People* v. *Richardson* (287 N. Y. 563). Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.